No. 850. ULLRICH ET AL. *v.* THOMAS, RECEIVER. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William Alfred Lucking* for petitioners. *Mr. Robert S. Marx* for respondent.

No. 857. CLAWANS *v.* DISTRICT OF COLUMBIA. May 3, 1937. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. F. D. Masucci* and *Allen Caruthers, Sr.,* and *Miss Lillian Clawans* for petitioner. *Messrs. Elwood H. Seal* and *Vernon E. West* for respondent.

No. 858. GENEVA INVESTMENT CO. *v.* ST. LOUIS. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William M. Fitch* for petitioner. *Messrs. Oliver Senti, Edgar H. Wayman, Luke E. Hart,* and *Forrest C. Donnell* for respondent.

No. 859. FIRST NATIONAL BANK *v.* CONNOLLY, RECEIVER. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. George P. Barse* and *Robert S. Marx* for petitioner. *Mr. Wm. Henry Gallagher* for respondent.

No. 860. COMMERCIAL NATIONAL BANK *v.* CONTINENTAL BANK & TRUST CO. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. J. Lewis* for petitioner. *Mr. Henry N. Longley* for respondent.